Kellis Djon JACKSON, Petitioner–
Appellant,

v.

UNITED STATES of America; Reginald I. Lloyd, United States Attorney; Edward F. Reilly, Jr., Parole Chairman; Matthew B. Hammidullah, Warden, Custodian, Respondents–Appellees.

No. 07–6988.

United States Court of Appeals,
Fourth Circuit.

Submitted: Jan. 17, 2008.

Decided: Jan. 23, 2008.

Kellis Djon Jackson, Appellant Pro Se. Beth Drake, Assistant United States Attorney, Columbia, South Carolina, for Appellees.

Before TRAXLER, SHEDD, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kellis Djon Jackson, a federal prisoner, appeals the district court's order adopting the recommendation of the magistrate judge and denying relief on his petition filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Jackson v. United States,* No. 9:06–cv–02048–RBH (D.S.C. June 8, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*